UNITED STATES COURTS FOR THE FIRST CIRCUIT
OFFICE OF THE CIRCUIT EXECUTIVE
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 3700
BOSTON, MA 02210

GARY H. WENTE
CIRCUIT EXECUTIVE
617-748-9613

FLORENCE PAGANO
ASSISTANT CIRCUIT EXECUTIVE
617-748-9376

| | |
|---|---|
| **NAME:** | Amy Graham, Magistrate Judges Division, AO |
| **CC:** | Chief Judge Torres<br>David DiMarzio, Clerk |
| **FAX:** | 202-502-1744 |
| **PHONE:** | |
| **FROM:** | Florence Pagano, Assistant Circuit Executive<br>Circuit Executive's Office - First Circuit<br>(617) 748-9376 - tel<br>(617) 748-9587 - fax |
| **DATE:** | August 30, 2005 |
| **SUBJECT:** | Recall of Magistrate Judge Lovegreen, U.S. District Court, District of Rhode Island |
| **PAGES:** | 4 |
| **COMMENTS:** | Originals to follow by mail. |

UNITED STATES COURTS FOR THE FIRST CIRCUIT
OFFICE OF THE CIRCUIT EXECUTIVE
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 3700
BOSTON, MA 02210

GARY H. WENTE
CIRCUIT EXECUTIVE
617-748-9613

FLORENCE PAGANO
ASSISTANT CIRCUIT EXECUTIVE
617-748-9376

August 30, 2005

Amy Graham, Attorney Advisor
Administrative Office of the United States Courts
Magistrate Judges Division
One Columbus Circle, NE
Washington, DC 20544

Dear Ms. Graham:

Enclosed herewith is copy of the minutes and the Order of the Judicial Council for the First Circuit approving the request of the United States District Court for the District of Rhode Island for the recall of Magistrate Judge Robert W. Lovegreen. As you indicated, the recall is for the period beginning September 2, 2005 through and including September 2, 2006.

Thank you again for your assistance. Please let me know if I can provide any additional information.

Sincerely,

Florence Pagano

enc.

cc /enc: Chief Judge Boudin
Chief Judge Torres
David DiMarzio, Clerk

JUDICIAL COUNCIL

OF THE FIRST CIRCUIT

Entered: August 26, 2005

The First Circuit Judicial Council has voted to approve the request of the United States District Court for the District of Rhode Island for the recall of Magistrate Judge Robert W. Lovegreen for a one-year period effective September 2, 2005, to and including September 2, 2006.

Respectfully submitted,

Gary H Wente

Gary H. Wente
Circuit Executive

3/05

## THE JUDICIAL COUNCIL OF THE FIRST CIRCUIT

| | | |
|---|---|---|
| **In the Matter of the Recall Appointment of:** | ) | **ORDER** |
| | ) | **OF** |
| **ROBERT W. LOVEGREEN,** | ) | |
| | ) | **RECALL** |
| **United States Magistrate Judge, Retired** | ) | |

The Honorable ______ Robert W. Lovegreen ______, having consented to serve and the chief judge of the district involved having consented to such service, is **RECALLED** for service as a United States Magistrate Judge assigned to the following district: District of Rhode Island at the following location(s): Providence, Rhode Island. The magistrate judge is authorized to perform the powers and duties of the office of magistrate judge as provided by the district court.

This recall is pursuant to the _XX_ Ad Hoc Recall Regulations / ____ Extended Service Recall Regulations promulgated by the Judicial Conference under 28 U.S.C. § 636(h). If the recall is pursuant to the Extended Service Regulations, then the judicial council hereby certifies that the magistrate judge is expected to perform, and he or she consents to perform, substantial service during the period of recall.

The appointment is effective on September 2, 2005, and shall continue in effect until and including September 2, 2006. If the recall is pursuant to the Ad Hoc Regulations, the service shall be ____ full-time / _XX_ when-actually-employed not to exceed a total of _100_ days during the entire recall period.

The Judicial Council certifies that the recalled judge is (or will perform) performing "substantial service" and that the following staff is appropriate for the recalled magistrate judge's workload:

____ a secretarial position on a ____ full-time basis
____ part-time basis ( 0 hours per week);

____ a law clerk position on a ____ full-time basis
____ part-time basis ( 0 hours per week).

The appointment of staff on a full-time basis is approved for one year and one day.

This **ORDER** entered the _30th_ day of _August, 2005_.

FOR THE JUDICIAL COUNCIL:

[signature]

Signature of chief judge of circuit or designee

Gary Wente, Circuit Executive
Name